# EXHIBIT 13

## U.S. Patent No. 7,130,625

| Claim 16 | Identification: AT&T Cellular with WiFi Calling |
|---|---|
| 16[pre] A universal wireless access gateway comprising: | The AT&T system includes a universal wireless access gateway.<br><br>Figure 44: HO Architecture Wi-Fi <-> LTE<br><br><u>Source</u>: VoWiFi Service Description, Version 1.0, 03 March 2015 - GSM Association, Official Document V2020.02 - VoWiFi Service Description. |

Page 1

| | |
|---|---|
| | **Talk and text in more places**<br><br>Wi-Fi Calling lets you talk and text from indoor locations where it's hard even for a strong cellular signal to reach. Wi-Fi Calling can be used in the Domestic Coverage Area (U.S., Puerto Rico, and U.S. Virgin Islands) and from most international countries.<br><br>TTY limitations for 911 calls<br><br>Set Up Wi-Fi Calling →<br><br>Source: https://www.att.com/features/wifi-calling/ |

### AT&T Wi-Fi Calling LAN and VPN configuration

*AT&T Wi-Fi Calling LAN/VPN configurations for routers and modems.*

**DETAILED INFO**

### LAN/VPN router configurations required to communicate with the AT&T network

To use AT&T Wi-Fi Calling, your device must be able to communicate with the AT&T network. In some cases in order to communicate effectively you may need to change your router settings. If you have a simple router configuration that has not been customized, you may not have to make any changes to your settings.

If the router's configuration has been updated or you're using a firewall you may have to update the router setting to support AT&T Wi-Fi Calling.

#### Additional router information

**LAN configurations to support AT&T Wi-Fi Calling**
For assistance in updating the configurations below refer to the router manufacturer's website or contact your Internet Service Provider.

**Internet Protocol Security (IPSec) must be allowed**
Internet Protocol Security is a method of encrypting traffic sent through the Internet. It is used to provide a secure voice and data communication path. Some routers permit IPSec messages to be blocked. AT&T Wi-Fi Calling requires IPSec pass-through to be allowed.

**Data ports must be open**
Routers can be set to block traffic using certain **ports**. Ports 500, 4500, and 143 as shown in the table below are used to communicate to the AT&T network and must be open. Port blocking is sometimes implemented in the form of access lists.

**Data ports**

| Port | TCP or UDP | Service or protocol name | RFC | Service name |
|---|---|---|---|---|
| 500 | UDP | Wi-Fi Calling | 5996 | IKEv2 |
| 4500 | UDP | Wi-Fi Calling | 5996 | IKEv2 |
| 143 | TCP | Internet Message Access Protocol (IMAP) | 3501 | imap |

**Maximum Transmission Unit (MTU)**
The MTU represents the maximum packet size that can be transmitted. Wi-Fi Calling performs best if the parameter is set to 1500.

Source: https://www.att.com/support/article/wireless/KM1114459?gsi=FUwZG6c

*See also* 16[a]-16[c] below.

| | |
|---|---|
| 16[a] a shared component; | The AT&T system includes a shared component, for example, at least the HSS.  Figure 44: HO Architecture Wi-Fi <-> LTE  <br><br>Source: VoWiFi Service Description, Version 1.0, 03 March 2015 - GSM Association, Official Document V2020.02 - VoWiFi Service Description. |

Page 4



Source: VoLTE Service Description and Implementation Guidelines Version 2.0 07 October 2014

| | |
|---|---|
| 16[b] a first environment access module that communicates with the shared component to enable access to a first network using a first wireless access technology; and | The AT&T system includes a first environment access module, for example, at least the MME, that communicates with the shared component to enable access to a first network using a first wireless access technology (such as cellular access).<br><br><br><br>Figure 44: HO Architecture Wi-Fi <-> LTE<br><br>Source: VoWiFi Service Description, Version 1.0, 03 March 2015 - GSM Association, Official Document V2020.02 - VoWiFi Service Description. |



<u>Source</u>: VoLTE Service Description and Implementation Guidelines  Version 2.0  07 October 2014

Page 7

| | |
|---|---|
| 16[c] a second environment access module that communicates with the shared component to enable access to a second network using a second wireless access technology that differs from the first wireless access technology. | The AT&T system includes a second environment access module, for example, at least the 3GPP AAA Server, that communicates with the shared component to enable access to a second network using a second wireless access technology (such as Wi-Fi) that differs from the first wireless access technology (such as cellular).<br><br><br><br>Figure 44: HO Architecture Wi-Fi <-> LTE<br><br>Source: VoWiFi Service Description, Version 1.0, 03 March 2015 - GSM Association, Official Document V2020.02 - VoWiFi Service Description. |



6.3.3 **Detailed Description**
The UE detects the Wi-Fi network and determines to perform a handover from LTE to Wi-Fi.

Source: VoWiFi Service Description _Version 1.0, 03 March 2015 - GSM Association, Official Document V2020.02 - VoWiFi Service Description

Page 9