# EXHIBIT 14

**U.S. Patent No. 8,307,063**

| Claim 1 | Identification: AT&T Cellular |
|---|---|
| 1[pre] A method for controlling the communication of user data associated, at a plurality of network switches on a network, with a user on the network, the method comprising: | AT&T provides a network including network switches that provide for the control of user high-speed data across the cellular network.  AT&T provides various data plans for individuals and families that control communication of user data.<br><br>See also 1[a]-1[e] below. |
| 1[a] in at least one of the plurality of network switches, | AT&T provides interconnected network switches across the United States to provide cellular service and these switches include at least one network switch for providing a variety of operations to control the communication of user high-speed data.<br><br><br><br>Source: https://www.att.com/maps/wireless-coverage.html |

| Claim 1 | Identification: AT&T Cellular |
|---------|-------------------------------|
| |  Source: https://www.att.com/maps/wireless-coverage.html |

| Claim 1 | Identification: AT&T Cellular |
|---------|-------------------------------|
| 1[b] accessing user profile information of the user, wherein the user profile information comprises at least a data volume allowance for the user; | AT&T maintains a user profile that includes a user's high-speed data volume allowance that is accessed by a network switch.<br><br>• **Data:** Shows internet, app, and iMessage or Advanced messaging used on the AT&T mobile network<br>• **Hotspot:** Shows hotspot usage on the AT&T mobile network.<br>• **Text:** Displays SMS or MMS messages sent or received over the AT&T mobile network<br>• **Talk:** Shows incoming and outgoing calls made over the AT&T mobile network<br>• **Mobile purchases:** Displays individual purchases made by line<br><br>Source: https://www.att.com/support/article/wireless/KM1009269/<br><br>**View your AT&T Prepaid usage details**<br><br>1. Go to att.com/myprepaid.<br>2. Find **Account History** and select **Start** and **End** dates. You can select up to 30 days at a time.<br>3. Choose a **History Type**.<br>4. Select **Submit** or **Export to PDF**.<br><br>Source: https://www.att.com/support/article/wireless/KM1001894/<br><br>Smart Limits<br><br>Details ⊖<br><br>Provide your children with the freedom and security of a mobile phone while setting sensible boundaries.<br><br>• **Block unwanted calls and texts:** Specify up to 30 blocked numbers plus calls to 411.<br>• **Limit texting and data usage:** Set monthly limits for web browsing/data usage per billing cycle. Set monthly limits for number of text messages per billing cycle.<br>• **Limit Purchases:** Limit monthly purchases, such as apps and games that are direct-billed to your AT&T account. Please note that this does not restrict credit card purchases from smartphone app stores.<br>• **Limit phone use by times of day:** Restrict texting, browsing and outbound calling during specified times of day. Designate allowed numbers regardless of other restrictions – up to 15 numbers.<br><br>Note: Smart Limits can be used to limit/restrict texting and data usage on most AT&T mobile devices, but cannot be used to set specific monthly limits for minutes or MMS messages. All incoming calls are allowed at all times, including during time restrictions, except from numbers you designate as 'Blocked Numbers.' Smart Limits is not available on prepaid phones, tablets or corporate-liable accounts. Smart Limits does not work for limiting/restricting data usage on non-LTE BlackBerry devices, or while user is in Wi-Fi mode. Accuracy of data limits/restrictions is not guaranteed due to network and other technical limitations. Other restrictions and limitations apply. See att.com/smartlimits for complete details.<br><br>Source: https://m.att.com/shopmobile/wireless/features/smart-limits.html<br><br>See also 1[c], 1[d] below. |

| Claim 1 | Identification: AT&T Cellular |
|---|---|
| 1[c] monitoring a volume of data used by the user over the network regardless of which of a plurality of devices the user uses to access the at least one of the plurality of network switches; | AT&T provides a network switch that monitors high-speed data volume usage over the network regardless of which device is used to access the network switches.<br><br>• **Data:** Shows internet, app, and iMessage or Advanced messaging used on the AT&T mobile network<br>• **Hotspot:** Shows hotspot usage on the AT&T mobile network.<br>• **Text:** Displays SMS or MMS messages sent or received over the AT&T mobile network<br>• **Talk:** Shows incoming and outgoing calls made over the AT&T mobile network<br>• **Mobile purchases:** Displays individual purchases made by line<br><br>Source: https://www.att.com/support/article/wireless/KM1009269/<br><br>**View your AT&T Prepaid usage details**<br><br>1. Go to att.com/myprepaid.<br>2. Find **Account History** and select **Start** and **End dates**. You can select up to 30 days at a time.<br>3. Choose a **History Type**.<br>4. Select **Submit** or **Export to PDF**.<br><br>Source: https://www.att.com/support/article/wireless/KM1001894/<br><br>See also 1[d] below. |

| 1[d] controlling the communication of user data on the network by permitting said communication of user data through the plurality of switches while the volume of data used by the user is within the data volume allowance for the user, and; | AT&T permits communication over the network of high-speed data (user data) using switches while the high-speed data volume is within the data volume allowance for the user (whether it is set by the user's plan or by the user of the plan).<br><br><br>Source: https://www.att.com/plans/wireless/ |
| --- | --- |



Source: https://www.att.com/plans/wireless/




Source: https://www.att.com/prepaid/

## AT&T PREPAID℠
# 8GB 12-month

✓ **Online offer**

✓ **8GB of high-speed data per month**
After allotted high-speed data is used, data speeds slow to a maximum of 128Kbps for the rest of the term. **See AT&T broadband info**

✓ **Stream HD video**
Watch your favorite videos in stunning high definition (up to 1080p), when available, with Stream Saver® turned off.

✓ **Unlimited text to over 230 countries.**

✓ **Use talk, text & data in Mexico and Canada**
Roaming data may be at 2G speed.

Source: https://www.att.com/buy/wireless/prepaid/plandetails

**ALL UNLIMITED PLANS:** All AT&T wireless services subject to terms and conditions in the Consumer Service Agreement (att.com/csa). **Other Non-Phone Device Monthly Charges:** $20 per tablet, $20 per camera; $10 per wearable. If no phone line, first standalone non-phone device will be billed at phone single line pricing. Advertised monthly price includes monthly plan charge for talk, text and data & monthly per-line access charge for access to such services. **OTHER RESTRICTIONS & FEES:** Activation/upgrade fee per line (up to $50) & deposit may apply. Credit, debit or reloadable prepaid card may be required (except in MA, PA and ND). **AUTOPAY & PAPERLESS BILL DISCOUNT:** $10/mo. per phone line discount req's an active account enrolled in both Paperless Billing and AutoPay with debit card or bank account. Discount reduced to $5/mo. per phone line when Autopay enrolled with credit card. Discount starts w/in 2 bill cycles. Pay full plan cost until discount starts. **AT&T employees, retirees & IMO consumers are not eligible for the AutoPay and Paperless bill discount. UNLIMITED DATA:** For use in the United States (the "Domestic Coverage Area" or "DCA"), Mexico and Canada. 2G off-net data speeds may apply. All AT&T service is subject to AT&T network management policies. See att.com/broadbandinfo for details. **UNLIMITED TALK:** Phones only. Includes calls w/in and between DCA, Mexico & Canada. You may be charged for calls to special or premium service numbers and calls to other countries. For rates, see att.com/intlcalling. **UNLIMITED TEXT:** Compatible phone and rate plan required. Includes unlimited messages up to 1MB in size within and from DCA, Mexico and Canada. For texting to other countries, see att.com/text2world. Messages sent through applications may incur data or other charges. **Advanced Messaging:** Not available for use in Mexico and Canada. Other restrictions apply & can be found at att.com/advancedmessaging. **5G SERVICE:** Requires a compatible 5G device. Coverage not available everywhere. See att.com/5Gforyou for details. **LIMITS:** Max 10 devices on Unlimited Your Way plan group. These plans may not be eligible for additional discounts, including but not limited to Signature discounts. AT&T employees & retirees may not be eligible for certain benefits, offers, and discounts associated with these plans.

**ADDITIONAL MONTHLY FEES & TAXES:** Apply per line & include Regulatory Cost Recovery Fee (up to $1.50), Administrative Fee ($1.99) & other fees which are not government-required surcharges as well as taxes. Additional one-time Fees may apply. See att.com/mobilityfees for more details.

**AT&T UNLIMITED STARTER® PLAN: Phones only. For all data usage, AT&T may temporarily slow data speeds if the network is busy. VIDEO STREAMING:** Video typically streams in standard-definition. Content bundled with video may be slow to load. Details at att.com/VideoFeature. **ActiveArmorSM mobile security:** Compatible device required. You must download the AT&T ActiveArmor app and accept its terms and conditions for full app functionality. May not detect all threats. May inadvertently block wanted calls: settings can be adjusted in the app. Details at https://www.att.com/activearmor. **PERSONAL HOTSPOT:** Requires compatible device. Includes up to 3GB per line per month. After 3GB, hotspot speed slowed to max of 128kbps for the rest of bill cycle. After this, hotspot usage will be impacted and not fully functional.

**AT&T UNLIMITED EXTRA® PLAN: Phones only. 50 GB of Premium Data. After 50GB of data usage on a line in a bill cycle, for the remainder of the cycle AT&T may temporarily slow data speeds on that line if the network is busy. VIDEO STREAMING:** Video typically streams at standard-definition. Content bundled with video may be slow to load. Details at att.com/VideoFeature. **ActiveArmorSM advanced mobile security:** Compatible device required. You must download the AT&T ActiveArmor app and accept its terms and conditions for full app functionality. May not detect all threats. May inadvertently block wanted calls: settings can be adjusted in the app. **Identity Monitoring:** May not detect all compromises or leaks of your personal data **Public Wi-fi Protection:** Requires setup: the feature is automatically enabled when your device joins a public (unencrypted) Wi-Fi network unless an alternate VPN service is active. Does not work when using certain video streaming apps or Wi-Fi calling on certain devices. Does not work while roaming internationally. Details at https://www.att.com/activearmor. **PERSONAL HOTSPOT:** Requires compatible device. Includes up to 15GB per line per month. After 15GB, hotspot speed slowed to max of 128kbps for the rest of bill cycle. After this, hotspot usage will be impacted and not fully functional.

**AT&T UNLIMITED PREMIUM® PLAN: Plan avail. in select locations only. Phones only. VIDEO STREAMING:** Video typically streams at standard-definition. Content bundled with video may be slow to load. Go to att.com/myatt to change your settings to view in higher definition. Details at att.com/VideoFeature. **ActiveArmorSM advanced mobile security** Compatible device required. You must download the AT&T ActiveArmor app and accept its terms and conditions for full app functionality. May not detect all threats. May inadvertently block wanted calls: settings can be adjusted in the app. **Public Wi-fi Protection:** Requires setup: the feature is automatically enabled when your device joins a public (unencrypted) Wi-Fi network unless an alternate VPN service is active. Does not work when using certain video streaming apps or Wi-Fi calling on certain devices. Does not work while roaming internationally. Details at https://www.att.com/activearmor. **PERSONAL HOTSPOT:** Requires compatible device. Includes up to 50GB per line per month. After 50GB, hotspot speed slowed to max of 128Kbps for the rest of bill cycle. After this, hotspot data usage will be impacted and not fully functional.

Source: https://www.att.com/plans/wireless/

**TABLETS ADD-ON:** AT&T wireless services, including data services, are subject to terms and conditions in Consumer Service Agreement (att.com/csa) and the Wireless Data Services (att.com/dcpp). **Phone line required to add tablet device. Plan Pricing:** $20/mo. **If no phone line, first standalone non-phone device will be billed at phone single line pricing for Unlimited Starter Plan. Eligibility:** Consumer only plan. **For all data usage, AT&T may temporarily slow data speeds if the network is busy. VIDEO STREAMING:** Video typically streams at standard-definition. Content bundled with video may be slow to load. Details at att.com/VideoFeature. **PERSONAL HOTSPOT:** 15GB hotspot per line per month. After 15GB, hotspot speed slowed to max of 128Kbps for the rest of bill cycle. After this, hotspot data usage will be impacted and not fully functional. **International Roaming:** Monthly plan prices do not apply to data usage while roaming. If roaming outside the DCA, Mexico or Canada international data usage will be charged at pay-per-use rates, found at att.com/ppurates, unless an international data package is added. For available international options, go to att.com/global. Not all devices may be eligible for international roaming service.

**AT&T 4GB PLAN:** All AT&T wireless services subject to terms and conditions in the Consumer Service Agreement (att.com/csa). 4 GB data per line. Phone required. Advertised monthly price includes monthly plan charge for talk, text and data & monthly per-line phone access charge for access to such services. **Other Non-Phone Device Monthly Charges:** $20 per tablet; $10 per wearable. Phone line required to add non-phone device. If first standalone non-phone device will be billed at phone single line pricing. **OTHER RESTRICTIONS & FEES:** Activation/upgrade fee per line (up to $50) & deposit may apply. **AUTOPAY & PAPERLESS BILL DISCOUNT:** Effective 10/2/23, $10/mo. per phone line discount req's an active account enrolled in both Paperless Billing and AutoPay with debit card or bank account. Discount reduced to $5/mo. per phone line when customer is enrolled in Paperless Billing and Autopay with credit card. Discount starts w/in 2 bill cycles. Pay full plan cost until discount starts. AT&T employees, retirees & IMO consumers are not eligible for the AutoPay and Paperless bill discount. **Card on File:** Credit, debit or reloadable prepaid card may be required (except in MA, PA and ND).**Data: For phones and Apple wearable only. Compatible Device required.** For use in the United States (the "Domestic Coverage Area" or "DCA"), Mexico and Canada only. **Data Overage:** If you exceed the amount of data in your plan or other allotments during your billing period, additional data will automatically be provided in increments of 2GB for $10 each. Unless otherwise specified, data allowances, including overages, must be used in the billing period provided or they will be forfeited. **Tethering and Mobile Hotspot:** Use for up to five (5) simultaneous devices. **Tethering requires compatible device.** Phones , tablets, and Apple wearables only. Compatible device required. Includes calls w/in and between DCA, Mexico & Canada. You may be charged for calls to special or premium service numbers and calls to other countries. For rates, see att.com/worldconnect. **VIDEO STREAMING:** Plan does not include the Video Management feature. We aim to render streaming video in standard-definition (max speed of 2 Mbps for customers on both a 5G compatible device and rate plan, or 1.5 Mbps for other customers) though some video cannot be identified. Sometimes, other content that content providers bundle with streaming video may be impacted and slowed, including downloads. In certain situations, we may deliver video content faster or at higher definition. Details at att.com/VideoFeature. **AT&T ActiveArmor℠ mobile security:** Requires compatible device and download of ActiveArmor App & acceptance of terms of service. May inadvertently block wanted calls; settings can be adjusted in-app. May not detect all threats. Data charges may apply to app download/usage. Details at https://www.att.com/security/security-apps/. **UNLIMITED TEXT: For phones and Apple wearable only.** Compatible device and rate plan required. Includes unlimited messages up to 1MB in size within and from DCA, Mexico and Canada. For texting to other countries, see att.com/text2world. Messages sent through applications may incur data or other charges. Advanced Messaging: Not available for use in Mexico and Canada. Other restrictions apply & can be found at att.com/advancedmessaging. **LIMITS:** Select devices only (sold separately). Max 10 devices/plan. AT&T Wireless Home Phone & Internet, select Wireless Home Phone devices, dedicated mobile hotspot devices, Connected Car, cameras, and select laptop air cards are not eligible for these plans. These plans may not be eligible for additional discounts, including but not limited to Signature discounts. AT&T employees & retirees may not be eligible for certain benefits, offers, and discounts associated with these plans.

**AT&T VALUE PLUS℠ PLAN :** All AT&T wireless services subject to terms and conditions in the Consumer Service Agreement (att.com/csa). Advertised monthly price includes monthly plan charge for talk, text and data & monthly per-line phone access charge for access to such services. **LIMITS:** Phones only (sold separately). Max 1 phone line. OTHER RESTRICTIONS & FEES: Activation/upgrade fee per line (up to $50) & deposit may apply. **AUTOPAY & PAPERLESS BILL DISCOUNT:** Effective 10/2/23, $10/mo. per phone line discount req's an active account enrolled in both Paperless Billing and AutoPay with debit card or bank account. Discount reduced to $5/mo. per phone line when customer is enrolled in Paperless Billing and Autopay enrolled with credit card. Discount starts w/in 2 bill cycles. Pay full plan cost until discount starts. AT&T employees, retirees & IMO consumers are not eligible for the AutoPay and Paperless bill discount. **Card on File:** Credit, debit or reloadable prepaid card may be required (except in MA, PA and ND). **UNLIMITED DATA:** For use in the United States ("Domestic Coverage Area" or "DCA") Mexico and Canada. DATA RESTRICTIONS: For all data usage, AT&T may temporarily slow data speeds if the network is busy. All AT&T service is subject to AT&T network management policies. See att.com/broadbandinfo for details. 5G SERVICE: Requires a compatible 5G device. Coverage is not available everywhere. See att.com/5Gforyou for details. **VIDEO STREAMING:** Plan does not include the Video Management feature. We aim to render streaming video in standard-definition (max speed of 2 Mbps for customers on both a 5G compatible device and rate plan, or 1.5 Mbps for other customers) though some video cannot be identified. Sometimes, other content that content providers bundle with streaming video may be impacted and slowed, including downloads. In certain situations, we may deliver video content faster or at higher definition. Details at att.com/VideoFeature. **AT&T ActiveArmorSM mobile security:** Requires compatible device and download of ActiveArmor App & acceptance of terms of service. May inadvertently block wanted calls; settings can be adjusted in-app. May not detect all threats. Data charges may apply to app download/usage. Details at https://www.att.com/security/security-apps/. UNLIMITED TALK: Includes calls w/in and between the DCA and Mexico. You may be charged for calls to special or premium service numbers and calls to other countries. For rates, see att.com/intlcalling. UNLIMITED TEXT: Compatible rate plan required. Includes unlimited messages up to 1MB in size within and from DCA, Canada and Mexico. For texting to other countries, see att.com/text2world. Messages sent through applications may incur data or other charges. Advanced Messaging: Not available for use in Mexico and Canada. Other restrictions apply & can be found at att.com/advancedmessaging. These plans may not be eligible for additional discounts, including but not limited to Signature discounts. AT&T employees & retirees may not be eligible for certain benefits, offers, and discounts associated with these plans.

Source: https://www.att.com/plans/wireless/

| Claim 1 | Identification: AT&T Cellular |
|---------|-------------------------------|
| | **Smart Limits** <br><br> Details        ⊖ <br><br> Provide your children with the freedom and security of a mobile phone while setting sensible boundaries. <br><br> • **Block unwanted calls and texts**: Specify up to 30 blocked numbers plus calls to 411. <br> • **Limit texting and data usage**: Set monthly limits for web browsing/data usage per billing cycle. Set monthly limits for number of text messages per billing cycle. <br> • **Limit Purchases**: Limit monthly purchases, such as apps and games that are direct-billed to your AT&T account. Please note that this does not restrict credit card purchases from smartphone app stores. <br> • **Limit phone use by times of day**: Restrict texting, browsing and outbound calling during specified times of day. Designate allowed numbers regardless of other restrictions – up to 15 numbers. <br><br> **Note:** Smart Limits can be used to limit/restrict texting and data usage on most AT&T mobile devices, but cannot be used to set specific monthly limits for minutes or MMS messages.  All incoming calls are allowed at all times, including during time restrictions, except from numbers you designate as "Blocked Numbers."  Smart Limits is not available on prepaid phones, tablets or corporate-liable accounts.  Smart Limits does not work for limiting/restricting data usage on non-LTE BlackBerry devices, or while user is in Wi-Fi mode.  Accuracy of data limits/restrictions is not guaranteed due to network and other technical limitations.  Other restrictions and limitations apply.  See att.com/smartlimits for complete details. <br><br> Source: https://m.att.com/shopmobile/wireless/features/smart-limits.html |

| | |
|---|---|
| 1[e] preventing said communication of user data if the volume of data used by the user reaches or exceeds the data volume allowance for the user. | AT&T prevents the communication of high-speed data (user data) when the high-speed data volume exceeds the high-speed data volume allowance for the user.  Additionally, AT&T may prevent the communication altogether.<br><br>## 5.2      UE procedure for reporting channel state information (CSI)<br><br>### 5.2.1      Channel state information framework<br><br>The procedures on aperiodic CSI reporting described in this clause assume that the CSI reporting is triggered by DCI format 0_1, but they equally apply to CSI reporting triggered by DCI format 0_2, by applying the higher layer parameter *reportTriggerSizeDCI-0-2* instead of *reportTriggerSize*.<br><br>The time and frequency resources that can be used by the UE to report CSI are controlled by the gNB. CSI may consist of Channel Quality Indicator (CQI), precoding matrix indicator (PMI), CSI-RS resource indicator (CRI), SS/PBCH Block Resource indicator (SSBRI), layer indicator (LI), rank indicator (RI), L1-RSRP, L1-SINR or CapabilityIndex.<br><br>For CQI, PMI, CRI, SSBRI, LI, RI, L1-RSRP, L1-SINR, CapabilityIndex a UE is configured by higher layers with N≥1 *CSI-ReportConfig* Reporting Settings, M≥1 *CSI-ResourceConfig* Resource Settings, and one or two list(s) of trigger states (given by the higher layer parameters *CSI-AperiodicTriggerStateList* and *CSI-SemiPersistentOnPUSCH-TriggerStateList*). Each trigger state in *CSI-AperiodicTriggerStateList* contains a list of associated *CSI-ReportConfigs* indicating the Resource Set IDs for channel and optionally for interference. Each trigger state in *CSI-SemiPersistentOnPUSCH-TriggerStateList* contains one associated *CSI-ReportConfig*.<br><br>Source: 3GPP TS 38.214 V17.5.0 p. 66.<br><br><br>**5.1.3.1 Modulation order and target code rate determination**<br><br>For the PDSCH scheduled by a PDCCH with DCI format 1_0, format 1_1, format 1_2, format 4_0, format 4_1 or format 4_2 with CRC scrambled by C-RNTI, MCS-C-RNTI, TC-RNTI, CS-RNTI, SI-RNTI, RA-RNTI, MSGB-RNTI, G-RNTI, G-CS-RNTI, MCCH-RNTI or P-RNTI, or for the PDSCH scheduled without corresponding PDCCH transmissions using the higher-layer-provided PDSCH configuration SPS-Config, … |

**Table 5.1.3.1-1: MCS index table 1 for PDSCH**

| MCS Index $I_{MCS}$ | Modulation Order $Q_m$ | Target code Rate $R$ x [1024] | Spectral efficiency |
|---|---|---|---|
| 0 | 2 | 120 | 0.2344 |
| 1 | 2 | 157 | 0.3066 |
| 2 | 2 | 193 | 0.3770 |
| 3 | 2 | 251 | 0.4902 |
| 4 | 2 | 308 | 0.6016 |
| 5 | 2 | 379 | 0.7402 |
| 6 | 2 | 449 | 0.8770 |
| 7 | 2 | 526 | 1.0273 |
| 8 | 2 | 602 | 1.1758 |
| 9 | 2 | 679 | 1.3262 |
| 10 | 4 | 340 | 1.3281 |
| 11 | 4 | 378 | 1.4766 |
| 12 | 4 | 434 | 1.6953 |
| 13 | 4 | 490 | 1.9141 |
| 14 | 4 | 553 | 2.1602 |
| 15 | 4 | 616 | 2.4063 |
| 16 | 4 | 658 | 2.5703 |
| 17 | 6 | 438 | 2.5664 |
| 18 | 6 | 466 | 2.7305 |
| 19 | 6 | 517 | 3.0293 |
| 20 | 6 | 567 | 3.3223 |
| 21 | 6 | 616 | 3.6094 |
| 22 | 6 | 666 | 3.9023 |
| 23 | 6 | 719 | 4.2129 |
| 24 | 6 | 772 | 4.5234 |
| 25 | 6 | 822 | 4.8164 |
| 26 | 6 | 873 | 5.1152 |
| 27 | 6 | 910 | 5.3320 |
| 28 | 6 | 948 | 5.5547 |
| 29 | 2 | reserved | |
| 30 | 4 | reserved | |
| 31 | 6 | reserved | |

Source: 3GPP TS 38.214 V17.5.0 pp. 30-35.

| Claim 1 | Identification: AT&T Cellular |
|---|---|
| | **Smart Limits**<br><br>Details ⊖<br><br>Provide your children with the freedom and security of a mobile phone while setting sensible boundaries.<br><br>• **Block unwanted calls and texts:** Specify up to 30 blocked numbers plus calls to 411.<br>• **Limit texting and data usage:** Set monthly limits for web browsing/data usage per billing cycle. Set monthly limits for number of text messages per billing cycle.<br>• **Limit Purchases:** Limit monthly purchases, such as apps and games that are direct-billed to your AT&T account. Please note that this does not restrict credit card purchases from smartphone app stores.<br>• **Limit phone use by times of day:** Restrict texting, browsing and outbound calling during specified times of day. Designate allowed numbers regardless of other restrictions – up to 15 numbers.<br><br>Note: Smart Limits can be used to limit/restrict texting and data usage on most AT&T mobile devices, but cannot be used to set specific monthly limits for minutes or MMS messages. All incoming calls are allowed at all times, including during time restrictions, except from numbers you designate as "Blocked Numbers." Smart Limits is not available on prepaid phones, tablets or corporate-liable accounts. Smart Limits does not work for limiting/restricting data usage on non-LTE BlackBerry devices, or while user is in Wi-Fi mode. Accuracy of data limits/restrictions is not guaranteed due to network and other technical limitations. Other restrictions and limitations apply. See att.com/smartlimits for complete details.<br><br>Source: https://m.att.com/shopmobile/wireless/features/smart-limits.html<br><br>**AT&T UNLIMITED STARTER® PLAN: Phones only. For all data usage, AT&T may temporarily slow data speeds if the network is busy. VIDEO STREAMING:** Video typically streams at standard-definition. Content bundled with video may be slow to load. Details at att.com/VideoFeature. **ActiveArmorSM mobile security:** Compatible device required. You must download the AT&T ActiveArmor app and accept its terms and conditions for full app functionality. May not detect all threats. May inadvertently block wanted calls; settings can be adjusted in the app. Details at https://www.att.com/activearmor. **PERSONAL HOTSPOT:** Requires compatible device. Includes up to 3GB per line per month. After 3GB, hotspot speed slowed to max of 128Kbps for the rest of bill cycle. After this, hotspot usage will be impacted and not fully functional.<br><br>**AT&T UNLIMITED EXTRA® PLAN: Phones only. 50 GB of Premium Data. After 50GB of data usage on a line in a bill cycle, for the remainder of the cycle AT&T may temporarily slow data speeds on that line if the network is busy. VIDEO STREAMING:** Video typically streams at standard-definition. Content bundled with video may be slow to load. Details at att.com/VideoFeature. **ActiveArmorSM advanced mobile security:** Compatible device required. You must download the AT&T ActiveArmor app and accept its terms and conditions for full app functionality. May not detect all threats. May inadvertently block wanted calls; settings can be adjusted in the app. **Identity Monitoring:** May not detect all compromises or leaks of your personal data. **Public Wi-fi Protection:** Requires setup; the feature is automatically enabled when your device joins a public (unencrypted) Wi-Fi network unless an alternate VPN service is active. Does not work when using certain video streaming apps or Wi-Fi calling on certain devices. Does not work while roaming internationally. Details at https://www.att.com/activearmor. **PERSONAL HOTSPOT:** Requires compatible device. Includes up to 15GB per line per month. After 15GB, hotspot speed slowed to max of 128Kbps for the rest of bill cycle. After this, hotspot usage will be impacted and not fully functional.<br><br>**AT&T UNLIMITED PREMIUM® PLAN: Plan avail. in select locations only. Phones only. VIDEO STREAMING:** Video typically streams at standard-definition. Content bundled with video may be slow to load. Go to att.com/myatt to change your settings to view in higher definition. Details at att.com/VideoFeature. **ActiveArmorSM advanced mobile security** Compatible device required. You must download the AT&T ActiveArmor app and accept its terms and conditions for full app functionality. May not detect all threats. May inadvertently block wanted calls; settings can be adjusted in the app. **Identity Monitoring:** May not detect all compromises or leaks of your personal data. **Public Wi-fi Protection:** Requires setup; the feature is automatically enabled when your device joins a public (unencrypted) Wi-Fi network unless an alternate VPN service is active. Does not work when using certain video streaming apps or Wi-Fi calling on certain devices. Does not work while roaming internationally. Details at https://www.att.com/activearmor. **PERSONAL HOTSPOT:** Requires compatible device. Includes up to 50GB per line per month. After 50GB, hotspot speed slowed to max of 128Kbps for the rest of bill cycle. After this, hotspot data usage will be impacted and not fully functional.<br><br>Source: https://www.att.com/plans/wireless/<br><br>See also 1[d] above. |