# EXHIBIT 17

## US Patent No. 8,432,892

| Claim 10 | Identification |
|---|---|
| [10pre] A first access point for a multi-channel radio system, said first access comprising: | AT&T sells Access Points that are compatible with mesh network systems (which operate on multiple channels, *i.e.,* "multi-channel radio systems").<br><br>**Learn about Wi-Fi extenders**<br>*Get Wi-Fi coverage in more areas in your home or business. You can stream when and where you want with All-Fi Boosters or AT&T Smart Wi-Fi Extenders.*<br><br>★ **INSTRUCTIONS & INFO**<br><br>**How extenders work**<br>Tired of Wi-Fi® dead zones? Wi-Fi extenders and All-Fi™ Boosters connect to your existing Wi-Fi gateway or All-Fi Hub. Together, they create a mesh network that extends your Wi-Fi signal to more areas in your home or business. This lets you stream music and videos with less buffering, use more devices, and reach locations you couldn't before.<br><br>All of your internet equipment uses the same network info. So, you connect a tablet, smartphone, or laptop to the extender or booster the same way you connect to your Wi-Fi network. Just enter your Wi-Fi network name and password.<br><br>You can also connect other devices, like smart TVs, media players, and gaming systems, with an Ethernet cable.<br><br>https://www.att.com/support/article/u-verse-high-speed-internet/KM1192919/<br><br>Which Wi-Fi extenders can I use with AT&T Internet or AT&T Fiber?<br>Smart Wi-Fi extenders work with compatible gateways. See which one is right for you.<br>• **BGW320:** AirTies 4971, 4921, and 4920<br><br>https://www.att.com/support/article/u-verse-high-speed-internet/KM1192919/ |

## Important details

1. **AirTies 4920 & 4921:** To expand your Wi-Fi coverage and still take full advantage of our Wi-Fi gateway mesh network, you have to use an AT&T AirTies 4920 or 4921. Non-AT&T AirTies won't be able to take full advantage of all the features of the AT&T Smart Home Network and the Smart Home Manager app. AT&T-branded AirTies 4920 or 4921 won't work with non-AT&T branded Wi-Fi gateways or third-party internet services.

https://www.att.com/support/article/u-verse-high-speed-internet/KM1231556/

## Extend your Wi-Fi coverage even further

Ensure your signal is fast and consistent, even in those hard-to-reach areas, with our Extended Wi-Fi Coverage Service for $10/mo., plus tax.①



### Advanced mesh technology

Unlike traditional extenders, AT&T Smart Wi-Fi Extenders use advanced mesh technology to connect through identical access points, so your devices can roam throughout your home with fast, seamless, reliable signal.

https://fiber.att.com/internet/wi-fi/

Page 2



*Id.*

> **mesh basic service set (MBSS):** A basic service set (BSS) that forms a self-contained network of mesh stations (STAs) that use the same mesh profile. An MBSS contains zero or more mesh gates, and can be formed from mesh STAs that are not in direct communication.

IEEE 802.11 – 2020

| | |
|---|---|
| | **4.3.21.5.6 Mesh coordination function (MCF)**<br><br>A mesh STA uses the mesh coordination function (MCF) for channel access. MCF consists of EDCA (contention based channel access defined in 10.24.2) and MCCA (controlled channel access defined in 10.24.3). MCCA is a reservation based channel access method and aims to optimize the efficiency of frame exchanges in a mesh BSS.<br><br>IEEE 802.11 – 2020<br><br>**4.5.8 Radio measurement service**<br><br>The Radio measurement service provides the following:<br>— The ability to request and report radio measurements in supported channels.<br>— The ability to perform radio measurements in supported channels.<br>— An interface for upper layer applications to retrieve radio measurements using MLME primitives and/or MIB access.<br>— Information about neighbor APs.<br><br>IEEE 802.11 - 2020 |
| [10a] a wireless transceiver to send and receive data; and | APs include a wireless transceiver to send and receive data.<br><br>**access point (AP):** An entity that contains one station (STA) and provides access to the distribution system services, via the wireless medium (WM) for associated STAs. An AP comprises a STA and a distribution system access function (DSAF).<br><br>IEEE 802.11 - 2020<br><br>**station (STA):** A logical entity that is a singly addressable instance of a medium access control (MAC) and physical layer (PHY) interface to the wireless medium (WM).<br><br>NOTE—For IEEE 802.11 purposes, a station is any MAC/PHY entity providing the IEEE 802.11 MAC services. This differs from the IEEE 802 definition of 'station,' which includes bridges (or 'end stations') that are endpoints of link layer data traffic.<br><br>IEEE 802.11 - 2020 |

Page 4

| | |
|---|---|
| [10b] a clock, | APs include a clock, such as the TSF timer.<br><br>**4.3.21.5.5 Mesh beaconing and synchronization**<br><br>In order to assist mesh discovery, mesh power management, and synchronization in a mesh BSS, all mesh STAs periodically transmit Beacon frames. Synchronization in a mesh BSS is maintained by the MBSS's active synchronization method. The default synchronization method is the neighbor offset synchronization method. Mesh beacon collision avoidance (MBCA) mitigates collisions of Beacon frames among hidden nodes. The details of mesh beaconing and synchronization are described in 14.13.<br><br>IEEE 802.11 - 2020 |
| [10c] said first access point to: | The APs sold by AT&T are configured to perform as described in limitations 10[d] – 10[e]. |
| [10d] transmit a beacon signal, said beacon signal comprising a value of the clock of the first access point at a time when the first access point transmits that beacon signal, | Beacon frames comprise the value of the TSF timer at the time of transmission.<br><br>**11.1.2.3 TSF for an MBSS**<br><br>The TSF in an MBSS is provided by the MBSS's active synchronization method. A mesh STA shall initialize its TSF timer according to the MBSS's active synchronization method. The mesh STA shall periodically transmit Beacon frames that contain the value of its TSF timer to announce its local time reference. Mesh STAs receiving a Beacon frame use the timing information in the Beacon frame as specified by the MBSS's active synchronization method. See 14.13.2 for details.<br><br>IEEE 802.11 - 2020 |
| [10e] such that a second access point operating in the multi-channel radio system synchronizes a clock of that second access point by extracting the time data from the beacon signal of the first access point and adjusting the clock of the second access point in accordance with that | In mesh networks, the mesh STA examines the reception time of the Beacon frames and adjusts its TSF to the most delayed neighbor STA.<br><br>**14.13.2.2.3 Clock drift adjustment**<br><br>When dot11MeshActiveSynchronizationMethod is neighborOffsetSynchronization (1), the mesh STA shall examine the reception time of the Beacon frames from neighbor STAs with which it maintains synchronization and adjust its TSF timer to compensate the relative timing error among neighbor mesh STAs caused by the clock drift. The mesh STA adjusts its TSF so that its TSF counting is aligned to the most delayed neighbor STA. |

| | |
|---|---|
| time data from the beacon signal of the first access point. | IEEE 802.11 – 2020 |