# EXHIBIT 20

## U.S. Patent No. 7,085,364

| Claim 1 | Identification |
|---|---|
| 1[pre] A conference call telephone system, comprising: | To the extent the preamble is limiting, Defendants provide a conference call telephone system:<br><br>**3.10 Conference Calling and Call Forwarding**<br><br>If your use of conference calling, including any variation thereof, or call forwarding exceeds 750 minutes per month, AT&T may, at its option, impose a per minute usage charge for all calling over 750 minutes using one or more of these features, terminate your service or change your plan to one with no unlimited usage components. AT&T will provide notice that it intends to take any of the above actions<br><br>https://www.att.com/legal/terms.consumerServiceAgreement.html |
| 1[a] one or more network; | The system comprises at least one network. |

| Claim 1 | Identification |
|---|---|
| | <br>https://www.att.com/maps/wireless-coverage.html |
| 1[b] three or more telephone units interconnected by said one or more network to provide three or more participants of a conference call, at least one of said telephone units receiving and sending data packets including voice data packets; | The system comprises three or more telephone units interconnected by said one or more network to provide three or more participants of a conference call, at least one of said telephone units receiving and sending data packets including voice data packets.<br><br>For example, when three telephone units connect to provide a conference call. |

| Claim 1 | Identification |
|---|---|
|  | **Conference calling** *Add another person to your call, merge calls, place someone on hold and more.* <br><br>**INSTRUCTIONS & INFO** <br><br>With Conference calling, you can talk to two or more people at the same time. When using this feature, the normal airtime rates will be charged for each of the calls. <br><br>https://www.att.com/device-support/article/wireless/KM1298607/Kyocera/KyoceraE4710/ |
| 1[c] a display connected to at least one of said telephone units or forming a part of at least one of said telephone units; | The system comprises a display connected to at least one of said telephone units or forming a part of at least one of said telephone units. <br><br>For example, the telephone units include a screen. |

| Claim 1 | Identification |
|---|---|
|  | With Conference calling, you can talk to tv rates will be charged for each of the calls.<br><br>https://www.att.com/device-support/article/wireless/KM1298607/Kyocera/KyoceraE4710/ |
| 1[d] a device for monitoring calls of at least one of said telephone units to provide data to said display for showing conference call participant information as to the telephone units participating in the conference call; | The system comprises a device for monitoring calls of at least one of said telephone units to provide data to said display for showing conference call participant information as to the telephone units participating in the conference call.<br><br>For example, hardware/software inside the telephone unit provides data to said display as to the telephone units participating in the conference call. |

Page 4

| Claim 1 | Identification |
|---|---|
|  | Highlight a caller you want to continue talking with, and press **Unmerge** (This puts the other callers on hold) or highlight a caller you want to finish calling, and press **End call**.<br><br>https://www.att.com/device-support/article/wireless/KM1298607/Kyocera/KyoceraE4710/ |
| 1[e] an input device associated with said display for selecting any of the telephone units from the conference call participant information and dropping the selected telephone unit from the conference call. | The system comprises an input device associated with said display for selecting any of the telephone units from the conference call participant information and dropping the selected telephone unit from the conference call.<br><br>For example, a user can press the button to hang up a specific telephone unit. |

| Claim 1 | Identification |
|---|---|
|  | Highlight a caller you want to continue talking with, and press **Unmerge** (This puts the other callers on hold) or highlight a caller you want to finish calling, and press **End call**.<br><br>https://www.att.com/device-support/article/wireless/KM1298607/Kyocera/KyoceraE4710/ |

Page 6