IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00443-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| AT&T INC., et al | § | |
| Defendants. | § | |
| | § | |
| | § | |
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00444-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| T-MOBILE USA, INC., et al | § | |
| Defendants. | § | |
| | § | |
| | § | |
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00445-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., et al | § | |
| Defendants. | § | |
| | § | |

**UNOPPOSED MOTION TO EXTEND DEADLINES TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS**

Plaintiff, Valtrus Innovations Ltd. ("Plaintiff"), files this motion to extend the deadlines for Plaintiff to serve its infringement contentions and Defendants AT&T Inc., AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp. T-Mobile USA, Inc., T-Mobile US, Inc., Sprint Corp, OnePlus Technology (Shenzen) Co., Ltd., OnePlus Mobile Communications (Guangdong) Co., Ltd., Verizon Communications Inc., and Cellco Partnership, d/b/a Verizon Wireless (collectively

"Defendants"), to serve their invalidity and subject matter eligibility contentions.  Currently, infringement contentions are due on November 20, 2023, and invalidity and subject matter eligibility contentions are due on January 15, 2024.  *See* ECF 18.

Plaintiff asks for a brief two-week extension of the deadline to comply with Local Rule P.R. 3-1 and 3-2 from Monday, November, 20 to Monday, December 4, and in order to accommodate that extension, Plaintiff also requests a four-week extension for all Defendants of the deadlines to comply with Local Rule P.R. 3-3 and 3-4 and the Standing Order Regarding Subject Matter Invalidity Contentions, from Monday, January 15, 2024, to Monday, February 12, 2024.

These extensions are not sought for purposes of delay, and Plaintiff does not anticipate these extensions to affect any expected deadlines in this case.

A proposed order is attached herewith.

Dated: November 15, 2023                    Respectfully submitted,

                                            /s/ *Matthew G. Berkowitz by permission Andrea L. Fair*
                                            Matthew G. Berkowitz – LEAD ATTORNEY
                                            Patrick R. Colsher
                                            Aaron L. Morris
                                            Navid Cyrus Bayar
                                            **Reichman Jorgensen Lehman & Feldberg LLP**
                                            100 Marine Parkway, Suite 300
                                            Redwood Shores, CA 94065
                                            Tel: (650) 623-1401
                                            mberkowitz@reichmanjorgensen.com
                                            pcolsher@reichmanjorgensen.com
                                            amorris@reichmanjorgensen.com
                                            nbayar@reichmanjorgensen.com

        Khue V. Hoang
        **Reichman Jorgensen Lehman & Feldberg LLP**
        400 Madison Avenue, Suite 14D
        New York, NY 10017
        Tel: (212) 381-1965
        khoang@reichmanjorgensen.com

*Of Counsel:*

        Andrea L. Fair
        Texas Bar No. 24078488
        Claire Abernathy Henry
        Texas State Bar No. 24053063
        Garrett C. Parish
        Texas State Bar No. 24125824
        Email: gparish@wsfirm.com
        **WARD, SMITH & HILL, PLLC**
        1507 Bill Owens Pkwy.
        Longview, TX 75604
        Tel: (903) 757-6400
        andrea@wsfirm.com
        claire@wsfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 15th day of November, 2023.

/s/ *Andrea L. Fair*
Andrea L. Fair

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

/s/ *Andrea L. Fair*
Andrea L. Fair