IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00443-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| AT&T INC., et al | § | |
| Defendants. | § | |
| | § | |
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00444-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| T-MOBILE USA, INC., et al | § | |
| Defendants. | § | |
| | § | |
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00445-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., et al | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS

Before the Court is Plaintiff's Unopposed Motion to Extend Deadlines to Serve Infringement and Invalidity Contentions. Having considered the motion, the Court GRANTS the motion and ORDERS that the deadline for Plaintiff to comply with Local Rule P.R. 3-1 and 3-2 is extended by two weeks to December 4, 2023, and the deadline for all Defendants to comply with

Local Rule P.R. 3-3 and 3-4 and the Court's Standing Order on Subject Matter Eligibility Contentions is extended by four weeks to February 12, 2024.