IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD, | § § § | CASE NO. 2:23-cv-00443-JRG (Lead Case) |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| AT&T INC., et al | § § | |
| Defendants. | § § | |
| VALTRUS INNOVATIONS LTD, | § § § | CASE NO. 2:23-cv-00444-JRG (Member Case) |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| T-MOBILE USA, INC., et al | § § | |
| Defendants. | § § | |
| VALTRUS INNOVATIONS LTD, | § § § | CASE NO. 2:23-cv-00445-JRG (Member Case) |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| VERIZON COMMUNICATIONS, INC., et al | § § § | |
| Defendants. | § § | |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff, Valtrus Innovations Ltd. ("Plaintiff") and Defendants AT&T Inc., AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp. (collectively "AT&T") (the "Parties"), jointly file this motion to extend the deadlines for Plaintiff to comply with Local Rule P.R. 3-1 and 3-2 and for AT&T, to Move or otherwise respond to the Complaint (Dkt. No. 1) (the" Complaint") by one-week. Currently, Plaintiff's deadline to comply with Local Rule P.R. 3-1 and 3-2 is on

1

December 4, 2023. *See* Dkt. No. 20.  Pursuant to the docket entry on October 5, 2023 granting AT&T's First Application for Extension of Time to Answer Complaint (Dkt. No. 11), AT&T's Deadline to Move or otherwise respond to the Complaint is on December 4, 2023.

The Parties ask for a brief one-week extension of the deadline to comply with Local Rule P.R. 3-1 and 3-2 from Monday, December 4, 2023 to December 11, 2023.  The Parties further request a one-week extension for AT&T to respond to the Complaint from December 4, 2023 to December 11, 2023.  The Parties request these brief extensions to allow more time to prepare their claims and defenses.

These extensions are not sought for purposes of delay, and the Parties do not anticipate these extensions to affect any expected deadlines in this case.

A proposed order is attached herewith.

Dated: November 30, 2023                    Respectfully submitted,

/s/ *Matthew G. Berkowitz by permission Andrea L. Fair*
Matthew G. Berkowitz – LEAD ATTORNEY
Patrick R. Colsher
Aaron L. Morris
Navid Cyrus Bayar
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
amorris@reichmanjorgensen.com
nbayar@reichmanjorgensen.com

        Khue V. Hoang
        **Reichman Jorgensen Lehman & Feldberg LLP**
        400 Madison Avenue, Suite 14D
        New York, NY 10017
        Tel: (212) 381-1965
        khoang@reichmanjorgensen.com

        *Of Counsel:*

        Andrea L. Fair
        Texas Bar No. 24078488
        Claire Abernathy Henry
        Texas State Bar No. 24053063
        Garrett C. Parish
        Texas State Bar No. 24125824
        Email: gparish@wsfirm.com
        **WARD, SMITH & HILL, PLLC**
        1507 Bill Owens Pkwy.
        Longview, TX 75604
        Tel: (903) 757-6400
        andrea@wsfirm.com
        claire@wsfirm.com

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 30th day of November, 2023.

/s/ *Andrea L. Fair*
Andrea L. Fair