# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00443-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| AT&T INC., et al | § | |
| Defendants. | § | |
| | § | |
| | § | |
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00444-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| T-MOBILE USA, INC., et al | § | |
| Defendants. | § | |
| | § | |
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00445-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., et al | § | |
| Defendants. | § | |
| | § | |

## **ORDER**

Before the Court is Plaintiff and AT&T Defendants' Joint Motion to Extend Deadlines for Plaintiff to comply with Local Rule P.R. 3-1 and 3-2 and for AT&T Defendants to Answer the Complaint. Having considered the motion, the Court GRANTS the motion and ORDERS that the deadline for Plaintiff to comply with Local Rule P.R. 3-1 and 3-2 is extended by one week to December 11, 2023, and the deadline Defendants AT&T Inc., AT&T Services, Inc., AT&T

1

Mobility LLC, and AT&T Corp. to Answer the Complaint is extended by one week to December 11, 2023.