# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00443-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| AT&T INC., et al | § | |
| Defendants. | § | |
| | § | |
| | § | |
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00444-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| T-MOBILE USA, INC., et al | § | |
| Defendants. | § | |
| | § | |
| | § | |
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00445-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., et al | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Order (Dkt. 18), entered on November 2, 2023, setting the scheduling conference and the Court's Order (Dkt. 20), entered on November 21, 2023, extending the deadline to serve contentions, Plaintiff files this notice confirming that it has complied with Local Patent Rules 3-1 and 3-2 by serving infringement contentions and accompanying document production on the T-Mobile, OnePlus, and Verizon defendants on December 4, 2023.  Pursuant to

1

the Joint Motion to Extend Deadlines related to the AT&T defendants (Dkt. 21), Plaintiff will serve its infringement contentions and accompanying document production on the AT&T defendants on December 11, 2023.

| | |
|---|---|
| Dated: December 5, 2023 | Respectfully submitted,<br>/s/ *Matthew G. Berkowitz by permission Claire Abernathy Henry*<br>Matthew G. Berkowitz – LEAD ATTORNEY<br>Patrick R. Colsher<br>Aaron L. Morris<br>Navid C. Bayar<br>**Reichman Jorgensen Lehman & Feldberg LLP**<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Tel: (650) 623-1401<br>mberkowitz@reichmanjorgensen.com<br>pcolsher@reichmanjorgensen.com<br>amorris@reichmanjorgensen.com<br>nbayar@reichmanjorgensen.com<br><br>Khue V. Hoang<br>**Reichman Jorgensen Lehman & Feldberg LLP**<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Tel: (212) 381-1965<br>khoang@reichmanjorgensen.com<br><br>*Of Counsel:*<br><br>Andrea L. Fair<br>Texas Bar No. 24078488<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>Garrett C. Parish<br>Texas State Bar No. 24125824<br>Email: gparish@wsfirm.com<br>**WARD, SMITH & HILL, PLLC**<br>1507 Bill Owens Pkwy.<br>Longview, TX 75604<br>Tel: (903) 757-6400<br>andrea@wsfirm.com<br>claire@wsfirm.com<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 5th day of December, 2023.

/s/ *Claire Abernathy Henry*
Claire Abernathy Henry
