IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD.<br><br>                Plaintiff,<br>v.<br>AT&T INC., et al<br><br>                Defendants. | Case No. 2:23-cv-00443-JRG<br>(Lead Case) |
| VALTRUS INNOVATIONS LTD.<br>              Plaintiff,<br>v.<br>T-MOBILE USA, INC.; T-MOBILE US, INC.; SPRINT CORP; ONEPLUS TECHNOLOGY (SHENZEN) CO., AND ONEPLUS MOBILE COMMUNICATIONS (GUANGDONG) CO., LTD.<br><br>                Defendants. | Case No. 2:23-cv-00444-JRG<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Holly Engelmann with the law firm of Duane Morris LLP, admitted to practice in this Court, hereby enters her appearance as counsel of record for Defendants T-Mobile USA, Inc.; T-Mobile US, Inc.; Sprint Corp; OnePlus Technology (Shenzen) Co., and OnePlus Mobile Communications (Guangdong) Co., Ltd., to accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on behalf of Defendants. Ms. Engelmann's contact information is in the signature block below.

Dated:  December 5, 2023

Respectfully submitted,

*/s/ Holly Engelmann*
Holly Engelmann
Texas Bar No. 24040865

**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Hwy, Suite 300
Austin, TX 78746-5435
Telephone: 214.257.7226
Facsimile:  214.292.9454
Email:  HEngelmann@duanemorris.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Holly Engelmann*
Holly Engelmann