IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD. <br><br> vs. <br><br> AT&T INC., ET AL. | CIVIL ACTION NO. 2:23-CV-0443-JRG <br> (Lead Case) |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES**

Plaintiff Valtrus Innovations Ltd and, Defendants T-Mobile USA, Inc. T-Mobile US, Inc., Sprint Corp., OnePlus Technology (Shenzhen) Co. Ltd., and OnePlus Mobile Communications (Guangdong) Co., Ltd. jointly move to extend certain deadlines shown in the chart below. The parties request the following deadlines be extended as follows:

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| December 18, 2023 | January 12, 2024 | File Proposed Discovery Order |
| December 26, 2023 | January 19, 2024 | File Proposed Protective Order |

The parties submit that good cause exists for the proposed extension. Among other things, the consolidated cases involve three sets of Defendants for which the issues addressed in the Discovery Order and Protective Order raise separate issues. For example, Plaintiff asserts nine patents against the Verizon and T-Mobile Defendants but only four patents against the OnePlus Defendants. The parties continue to discuss how, if at all, the default limits set forth in the discovery order should be altered to account for the scope of the case against the Verizon and T-Mobile Defendants without unduly burdening the OnePlus Defendants, given the relatively narrow scope of the case. Additionally, notwithstanding the above, the parties agree that discovery may begin on December 26, 2023, as would otherwise be the case if the deadlines were not moved. Accordingly, the requested extensions will not affect the remaining schedule.

Dated: December 15, 2023         Respectfully submitted,

By:  */s/ Jeffrey J. Catalano*
Jeffrey J. Catalano
**SMITH, GAMBRELL & RUSSELL LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Email: jcatalano@sgrlaw.com
Telephone: (312) 360-6000
Facsimile: (312) 360-6520

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendants OnePlus Technology (Shenzhen) Co., Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd..*

*/s/ Holly Engelmann*
Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone:  903.705.1117
Facsimile:  903.581.2543

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W.
Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776-5213

Holly E. Engelmann

2

Texas Bar No. 24040865
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy., Suite 300
Austin, Texas 78746
Telephone: (512) 277-2300

*Counsel for Defendants*
*Verizon Communications Inc. and*
*Cellco Partnership, d/b/a Verizon Wireless*

*/s/ Matthew Berkowitz (With Permission)*_____
Matthew G. Berkowitz – LEAD ATTORNEY
Patrick R. Colsher
Aaron L. Morris
Navid Cyrus Bayar
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
amorris@reichmanjorgensen.com
nbayar@reichmanjorgensen.com

Khue V. Hoang
**Reichman Jorgensen Lehman & Feldberg LLP**
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063
Garrett C. Parish
Texas State Bar No. 24125824
Email: gparish@wsfirm.com

3

**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, an attorney, hereby certify that on December 15, 2023, I caused a true and correct copy of the foregoing Motion to be served upon all counsel of record who are deemed to have consented to electronic service via the Court's electronic filing system.

                                                                                                    /s/ Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h-i). The Parties are jointly seeking the relief sought in this Motion.

                                                                                                    /s/ Melissa R. Smith