# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., et al., <br><br> Defendants. | CASE NO. 2:23-cv-00443-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| VALTRUS INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., et al., <br><br> Defendants. | CASE NO. 2:23-cv-00444-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |
| VALTRUS INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., et al., <br><br> Defendants. | CASE NO. 2:23-cv-00445-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

Please take notice that attorney Jeff Eichmann of the law firm EICHMANN, a professional corporation, hereby enters his appearance as counsel for the Plaintiff.

Date: February 15, 2024

Respectfully submitted,

*/s/ Jeff Eichmann*
John Jeffrey Eichmann
(Cal. Bar No. 227472)
(admitted in the Eastern District)
**EICHMANN, a professional corporation**

Case 2:23-cv-00443-JRG   Document 69   Filed 02/15/24   Page 2 of 2 PageID #: 1089

> 662 N. Sepulveda Blvd., Suite 300
> Los Angeles, California 90049
> 310-237-9190 (tel.)
> jeichmann@eichmann.com
>
> **For Plaintiff Valtrus Innovations Ltd.**

### Certificate of Service

I certify that this document is being served on all counsel of record who have appeared in this case through the Court's CM/ECF system.

_/s/ Jeff Eichmann_

2