# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00443-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| AT&T INC., et al | § | |
| Defendants. | § | |
| | § | |
| | § | |
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00444-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| T-MOBILE USA, INC., et al | § | |
| Defendants. | § | |
| | § | |
| | § | |
| VALTRUS INNOVATIONS LTD, | § | CASE NO. 2:23-cv-00445-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., et al | § | |
| Defendants. | § | |
| | § | |

## JOINT MOTION FOR ENTRY OF AGREED ORDER REGARDING E-DISCOVERY

Plaintiff, Valtrus Innovations Ltd. ("Plaintiff") and Defendants T-Mobile USA, Inc., T-Mobile US, Inc., Sprint Corp, OnePlus Technology (Shenzen) Co., Ltd., OnePlus Mobile Communications (Guangdong) Co., Ltd., Verizon Communications Inc., and Cellco Partnership,

d/b/a Verizon Wireless (collectively, "Defendants") have conferred regarding a proposed E-Discovery Order and hereby submit an agreed Order Regarding E-Discovery, attached hereto.

Dated: February 27, 2024                                     Respectfully submitted,

/s/ *Matthew G. Berkowitz by permission Andrea L. Fair*
Matthew G. Berkowitz – LEAD ATTORNEY
Patrick R. Colsher
Navid C. Bayar
Aaron L. Morris
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
amorris@reichmanjorgensen.com
nbayar@reichmanjorgensen.com

Khue V. Hoang
**Reichman Jorgensen Lehman & Feldberg LLP**
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063
Garrett C. Parish
Texas State Bar No. 24125824
Email: gparish@wsfirm.com

**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff Valtrus Innovations Ltd.*

By: /s/ *Jeffrey J. Catalano w/ permission Andrea L. Fair*
Jeffrey J. Catalano
**SMITH, GAMBRELL & RUSSELL LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Email: jcatalano@sgrlaw.com
Telephone: (312) 360-6000
Facsimile: (312) 360-6520

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendants OnePlus Technology (Shenzhen) Co., Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd.*

/s/ *Holly Engelmann w/ permission Andrea L. Fair*
Deron. R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W.
Suite 700 East Washington, DC 20001-4795

Telephone: (202) 776-5213

Holly E. Engelmann (TX Bar No. 24040865)
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy., Suite 300
Austin, Texas 78746
Telephone: (512) 277-2300

*Counsel for Defendants*
*Verizon Communications Inc. and*
*Cellco Partnership, d/b/a Verizon Wireless*

*/s/ Holly Engelmann w/ permission Andrea L. Fair*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W.
Suite 700 East Washington, DC 20001-4795
Telephone: (202) 776-5213

Holly E. Engelmann
Texas Bar No. 24040865
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy., Suite 300
Austin, Texas 78746
Telephone: (512) 277-2300

*Counsel for Defendants*
*T-Mobile USA Inc., T-Mobile US Inc.,*
*and Sprint Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on February 27, 2024.

/s/ *Andrea L. Fair*
Andrea L. Fair

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Valtrus Innovations Ltd. and Defendants met and conferred, and all parties agree to foregoing document as a joint statement.

/s/ *Andrea L. Fair*
Andrea L. Fair