IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD.,<br><br>Plaintiff,<br>v.<br><br>AT&T INC., et al.,<br><br>Defendants. | Case No. 2:23-CV-00443-JRG<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| VALTRUS INNOVATIONS LTD.,<br><br>Plaintiff,<br>v.<br><br>VERIZON COMMUNICATIONS, INC.., et al,<br><br>Defendants. | Case No. 2:23-cv-00445-JRG<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |
| VALTRUS INNOVATIONS LTD.,<br><br>Plaintiff,<br>v.<br><br>T-MOBILE USA, INC., T-MOBILE US, INC., SPRINT CORP., ONEPLUS TECHNOLOGY (SHENZEN) CO., LTD. AND ONEPLUS MOBILE COMMUNICATIONS (GUANGDONG) CO., LTD.<br><br>Defendants. | Case No. 2:23-CV-00444-JRG<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFF'S OPPOSED MOTION FOR LEAVE
TO AMEND THE COMPLAINT TO ASSERT U.S. PATENT NO. 7,769,050**

Defendants Verizon Communications Inc., and Cellco Partnership d/b/a Verizon Wireless

(collectively, "Verizon"); Defendants T-Mobile USA, Inc., T-Mobile US, Inc.[1], and Sprint Corp.[2]

---

[1] T-Mobile US, Inc. is a holding company that does not provide any products, services, or networks. As such, T-Mobile Defendants deny that T-Mobile US, Inc. is properly named as a party to this lawsuit.

[2] Sprint Corp. is now known as Sprint LLC. Sprint LLC is a wholly owned, direct subsidiary of T-Mobile USA, Inc. and is a holding company that does not provide any products, services, or

(collectively, "T-Mobile"); and OnePlus Technology (Shenzen) Co., Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd., (collectively, "OnePlus") (all defendants collectively, "Defendants") respectfully file this Unopposed Motion for Extension of Time to File Response to Plaintiff's Opposed Motion for Leave to Amend the Complaint to Assert U.S. Patent No. 7,769,050 ("Motion for Extension") and would show the Court as follows:

On April 3, 2024, Plaintiff Valtrus Innovations Ltd. ("Valtrus") filed its Opposed Motion for Leave to Amend the Complaint to Assert U.S. Patent No. 7,769,050 ("Motion to Amend") (Dkt. 72). Defendants' deadline to file their response to the Motion to Amend is April 17, 2024. *See* Local Rule CV-7(e). At this time, Defendants request a brief one-week extension of time to file their response to Valtrus' Motion to Amend. *See id*. ("Any party may separately move for an order of this court lengthening … the response period.").

Defendants represent that this extension is not sought for the purposes of delay but rather so that justice may be served. Counsel for Defendants met and conferred with counsel for Valtrus, and counsel for Valtrus indicated that Valtrus is unopposed to the relief sought in this Motion for Extension.

Accordingly, Defendants respectfully request that this Court grant this Unopposed Motion and enter an order extending the deadline for Defendants to file their response to Valtrus' Motion to Amend up to and including April 24, 2024.

Dated: April 16, 2024            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 */s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24001351
　　　　　　　　　　　　　　　　　　　　　**GILLAM & SMITH, LLP**

---

networks. As such, T-Mobile Defendants deny that Sprint LLC is properly named as a party to this lawsuit.

303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Kevin Anderson
kpanderson@duanemorris.com
Elissa Sanford
esanford@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W.
Suite 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-5213

Holly E. Engelmann
Texas Bar No. 24040865
**DUANE MORRIS LLP**
900 South Capital of Texas Highway
Suite 300
Austin, Texas 78746
Telephone: (512) 277-2300

Matthew S. Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile:  (404) 253-6901

*Counsel for Defendants*
*T-Mobile USA, Inc., T-Mobile US, Inc.*
*and Sprint Corp.*

*/s/ Kevin P. Anderson*


Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117

3

Facsimile: (903) 581-2543

Matthew S. Yungwirth
msyungwirth@duanemorris.com
**Duane Morris LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
T: (404)-253-6900

Kevin P. Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave NW 700 E.
Washington, DC 20001
Telephone: 202.776.7800

*Counsel for Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless*

By: */s/ Melissa R. Smith*
Jeffrey J. Catalano
**SMITH, GAMBRELL & RUSSELL LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Email: jcatalano@sgrlaw.com
Telephone: (312) 360-6000
Facsimile: (312) 360-6520

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendants OnePlus Technology (Shenzhen) Co., Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendants met and conferred with counsel for Valtrus to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). Counsel for Valtrus indicated that Valtrus is unopposed to the relief sought in this Motion for Extension.

*/s/ Melissa R. Smith*
_____
Melissa R. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 16, 2024, the foregoing document was filed electronically in compliance with Local Rule CV-5(a), which will provide notice of the same to all counsel of record.

*/s/ Melissa R. Smith*
_____
Melissa R. Smith