IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD.,<br><br>    Plaintiff,<br>v.<br><br>AT&T INC., et al.,<br><br>    Defendants. | Case No. 2:23-CV-00443-JRG<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| VALTRUS INNOVATIONS LTD.,<br><br>    Plaintiff,<br>v.<br><br>VERIZON COMMUNICATIONS, INC.., et al,<br><br>    Defendants. | Case No. 2:23-cv-00445-JRG<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |
| VALTRUS INNOVATIONS LTD.,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE USA, INC., T-MOBILE US, INC., SPRINT CORP., ONEPLUS TECHNOLOGY (SHENZEN) CO., LTD. AND ONEPLUS MOBILE COMMUNICATIONS (GUANGDONG) CO., LTD.<br><br>    Defendants. | Case No. 2:23-CV-00444-JRG<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (DKT. 72)

Before the Court is Plaintiff's Opposed Motion for Leave to File an Amended Complaint (Dkt. 72). After the Motion was filed, the parties continued to meet and confer to reach an agreement to narrow the scope of the claims and prior art at issue in this case to allow for the addition of U.S. Patent No. 7,769,050, which is the subject to the Motion.  The parties reached an agreement and will submit a motion for entry of an amended docket control order that includes the

proposed schedule of reduction of claims and prior art. In view of this stipulation, Defendants withdraw their opposition to the Motion, which now is unopposed.

Dated: April 23, 2024

*/s/ Matthew Berkowitz*
Matthew G. Berkowitz – LEAD ATTORNEY
Patrick R. Colsher
Aaron L. Morris
Navid Cyrus Bayar
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
amorris@reichmanjorgensen.com
nbayar@reichmanjorgensen.com

Khue V. Hoang
**Reichman Jorgensen Lehman & Feldberg LLP**
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063
Garrett C. Parish
Texas State Bar No. 24125824
Email: gparish@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff*

Respectfully submitted,

By: */s/ Jeffrey J. Catalano*
Jeffrey J. Catalano
**SMITH, GAMBRELL & RUSSELL LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Email: jcatalano@sgrlaw.com
Telephone: (312) 360-6000
Facsimile: (312) 360-6520

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendants OnePlus Technology (Shenzhen) Co., Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd.*

*/s/ Holly Engelmann*
Deron. R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W.
Suite 700 East Washington, DC 20001-4795
Telephone: (202) 776-5213

Holly E. Engelmann (TX Bar No. 24040865)
hengelmann@duanemorris.com

2

**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy., Suite 300
Austin, Texas 78746
Telephone: (512) 277-2300

*Counsel for Defendants*
*Verizon Communications Inc. and*
*Cellco Partnership, d/b/a Verizon Wireless*
*/s/ Melissa Richards Smith*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W.
Suite 700 East Washington, DC 20001-4795
Telephone: (202) 776-5213

Holly E. Engelmann
Texas Bar No. 24040865
hengelmann@duanemorris.com
DUANE MORRIS LLP
900 S. Capital of Texas Hwy., Suite 300
Austin, Texas 78746
Telephone: (512) 277-2300

*Counsel for Defendants*
*T-Mobile USA Inc., T-Mobile US Inc.,*
*and Sprint Corp.*

3

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendants met and conferred with counsel for Valtrus to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). Counsel for Valtrus indicated that Valtrus is unopposed to the relief sought in this Motion for Extension.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　　　　　　Melissa R. Smith

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 23, 2024, the foregoing document was filed electronically in compliance with Local Rule CV-5(a), which will provide notice of the same to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　　　　　　Melissa R. Smith