IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:23-CV-00443-JRG |
| AT&T INC., et al., | § § | (Lead Case) |
| *Defendants*. | § § § | |
| v. | § § § | CIVIL ACTION NO.  2:23-CV-00444-JRG |
| T-MOBILE USA, INC., et al., | § § | (Member Case) |
| *Defendants*. | § § § | |
| v. | § § § | CIVIL ACTION NO.  2:23-CV-00445-JRG |
| VERIZON COMMUNICATIONS INC., et al., | § § § | (Member Case) |
| *Defendants*. | § § | |

**ORDER**

Before the Court is Plaintiff Valtrus Innovations, Ltd.'s ("Valtrus") Motion for Leave to Amend the Complaint to Assert U.S. Patent No. 7,769,050 (the "Motion"). (Dkt. No. 72.) In the Motion, Valtrus moves to file an amended complaint to assert U.S. Patent No. 7,769,050 against Defendants. (*Id.*) The Motion was originally filed as an opposed motion. (*Id.*) However, after the Motion was filed, the parties continued to meet and confer and reached an agreement to narrow the scope of the claims and prior art at issue in this case to allow for the addition of the U.S. Patent No. 7,769,050. (Dkt. No. 77.) Pursuant to this agreement, Defendants in the above-captioned

consolidated cases submitted a Notice of Non-Opposition to Plaintiff's Motion for Leave to File an Amended Complaint indicating that Defendants no longer oppose Valtrus's Motion.

Having considered the Motion, and noting that it is unopposed, the Court finds that the same should be and hereby is **GRANTED**.

**So ORDERED and SIGNED this 3rd day of May, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE