IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD., | § | CASE NO. 2:23-cv-00443-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| AT&T INC., et al | § | |
| Defendants. | § | |
| | § | |
| | § | |
| VALTRUS INNOVATIONS LTD., | § | CASE NO. 2:23-cv-00445-JRG |
| | § | (Member Case) |
| Plaintiff, | § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| | § | |
| T-MOBILE COMMUNICATIONS, INC., et al | § | |
| | § | |
| Defendants. | § | |
| | § | |

**JOINT MOTION TO STAY DEADLINES AND NOTICE OF SETTLEMENT WITH RESPECT TO ONEPLUS DEFENDANTS**

Plaintiff Valtrus Innovations Limited ("Valtrus") and OnePlus Technology (Shenzen) Co., Ltd., and OnePlus Mobile Communications (Guangdong) Co., Ltd. (collectively, "OnePlus") submit this Joint Motion to Stay and Notice of Settlement. Valtrus and OnePlus have reached an agreement in principle to settle all matters in controversy between them and respectfully request the Court stay all unreached case deadlines with respect to OnePlus only, and not to any other defendants in the consolidated cases, for forty-five (45) days so that the parties may finalize the settlement agreement and prepare the appropriate dismissal papers for the Court.

Dated: June 7, 2024

                                                Respectfully submitted,

/s/ *Matthew G. Berkowitz w/permission Claire Henry*
Matthew G. Berkowitz – LEAD ATTORNEY
Patrick R. Colsher
Navid C. Bayar
Aaron L. Morris
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
nbayar@reichmanjorgensen.com
amorris@reichmanjorgensen.com

Khue V. Hoang
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063

WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff*

By: _/s/ Jeffrey J. Catalano w/permission Claire Henry_
Melissa R. Smith
Texas State Bar No. 07921800
**GILLIAM & SMITH, LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Jeffrey J. Catalano
**SMITH, GAMBRELL & RUSSELL LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6520
jcatalano@sgrlaw.com

*Attorneys for Defendants OnePlus Technology (Shenzhen) Co., Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 7th day of June, 2024.

/s/    *Claire Henry*
Claire Henry

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with counsel for OnePlus and that the relief requested in this motion is joint.

/s/    *Claire Henry*
Claire Henry