IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD., <br><br>*Plaintiff*, <br><br>v. <br><br> AT&T INC.,  AT&T SERVICES, INC., AT&T MOBILITY LLC,  AT&T CORP., <br><br> *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO.  2:23-CV-00443-JRG <br><br>(Lead Case) |
| v. <br><br> T-MOBILE USA, INC.,  T-MOBILE US, INC.,  SPRINT CORP.,  ONEPLUS TECHNOLOGY (SHENZEN) CO., LTD., ONEPLUS MOBILE COMMUNICATIONS (GUANGDONG) CO., LTD., <br><br> *Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO.  2:23-CV-00444-JRG <br><br>(Member Case) |
| v. <br><br> VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, <br><br> *Defendants*. | § § § § § § § § § § | CIVIL ACTION NO.  2:23-CV-00445-JRG <br><br>(Member Case) |

**<u>ORDER</u>**

Before the Court is the Joint Motion to Stay Deadlines and Notice of Settlement With Respect to the OnePlus Defendants (the "Motion to Stay") filed by Plaintiff Valtrus Innovations Limited ("Valtrus") and OnePlus Technology (Shenzen) Co., Ltd., and OnePlus Mobile Communications (Guangdong) Co., Ltd. (collectively, "OnePlus"). (Dkt. No. 88.)

In the Motion to Stay, Valtrus and OnePlus represent that they have reached an agreement in principle to settle all matters in controversy between them. (*Id.*) Accordingly, Valtrus and OnePlus request that all deadlines with respect to OnePlus only be stayed for forty-five (45) days so that the parties may finalize the settlement agreement and prepare the appropriate dismissal papers for the Court. (*Id.*)

Having considered the Motion to Stay, and noting its joint nature, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, all deadlines with respect to OnePlus are **stayed** for forty-five (45) days from this Order, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 14th day of June, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE