# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD. § | |
| § | |
| v. § | Case No. 2:23-CV-0443-JRG |
| § | LEAD CASE |
| AT&T INC., ET AL. § | |
| § | |

## JOINT MOTION FOR ENTRY OF
## SECOND AMENDED DOCKET CONTROL ORDER

Plaintiff Valtrus Innovations Ltd. ("Valtrus" or "Plaintiff") and Defendants Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, T-Mobile USA, Inc., T-Mobile US, Inc., Sprint Corp, ("Defendants") (collectively, the "Parties") hereby jointly move to amend the First Amended Docket Control Order [ECF 79] in order to extend the deadlines for Defendants to comply with certain claim construction-related deadlines, including to comply with Local Patent Rules 4-1, 4-2, 4-3, 4-4, and 4-5(a) and (b) of the Eastern District of Texas as set forth below:

| Current Date | Proposed Date | Deadline |
|---|---|---|
| July 17, 2024 | Aug. 7, 2024 | Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |
| July 29, 2024 | Aug. 14, 2024 | Plaintiff to narrow Asserted Claims to 90 total claims |
| Aug. 5, 2024 | Aug. 21, 2024 | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |
| Aug. 12, 2024 | Aug. 28, 2024 | Defendants to narrow prior art references to 15 prior art references per Asserted Patent |
| Aug. 28, 2024 | Sept. 6, 2024 | Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| Sept. 25, 2024 | Oct. 2, 2024 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| Oct. 2, 2024 | Oct. 9, 2024 | Plaintiff to narrow Asserted Claims to 50 total claims and a maximum of 10 Asserted Claims per Asserted Patent |
| Oct. 9, 2024 | Oct. 16, 2024 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any) |

Accordingly, the Parties respectfully request that the Second Amended Docket Control Order be entered. A proposed Second Amended Docket Control Order is submitted herewith.

Date: July 17, 2024　　　　　　　　　　　　　　　Respectfully submitted,

By: */s/ Claire Henry*　　　　　　　　　　　　　　By: */s/ Holly Engelmann by permission Claire Henry*

Matthew G. Berkowitz – LEAD ATTORNEY　　Deron. R. Dacus (TBN 00790553)
Patrick Colsher　　　　　　　　　　　　　　　　ddacus@dacusfirm.com
Aaron Morris　　　　　　　　　　　　　　　　　**THE DACUS FIRM, P.C.**
Navid C. Bayar　　　　　　　　　　　　　　　　821 ESE Loop 323, Suite 430
Reichman Jorgensen Lehman & Feldberg LLP　　Tyler, Texas 75701
100 Marine Parkway, Suite 300　　　　　　　　　Telephone: 903.705.1117
Redwood Shores, CA 94065　　　　　　　　　　Facsimile: 903.581.2543
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com　　　　　　Kevin Anderson
pcolsher@reichmanjorgensen.com　　　　　　　　kpanderson@duanemorris.com
amorris@reichmanjorgensen.com　　　　　　　　**DUANE MORRIS LLP**
nbayar@reichmanjorgensen.com　　　　　　　　 901 New York Avenue N.W. Suite 700, East
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001-4795
Khue V. Hoang　　　　　　　　　　　　　　　 Telephone: (202) 776-5213
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D　　　　　　　　 Holly E. Engelmann (TX Bar No. 24040865)
New York, NY, 10017　　　　　　　　　　　　　hengelmann@duanemorris.com
Tel: (212) 381-1965　　　　　　　　　　　　　　**DUANE MORRIS LLP**
khoang@reichmanjorgensen.com　　　　　　　　 900 S. Capital of Texas Hwy., Suite 300
　　　　　　　　　　　　　　　　　　　　　　　Austin, Texas 78746
*Of Counsel:*　　　　　　　　　　　　　　　　　Telephone: (512) 277-2300

Andrea L. Fair　　　　　　　　　　　　　　　　*Counsel for Defendants*
Texas Bar No. 24078488　　　　　　　　　　　 *Verizon Communications Inc. and Cellco*
Claire Abernathy Henry　　　　　　　　　　　　*Partnership, d/b/a Verizon Wireless Attorneys*
Texas State Bar No. 24053063　　　　　　　　　*for Defendant Dawn Acquisitions, LLC*

WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff*
*Valtrus Innovations Limited*

- 3 -

By: */s/ Melissa Smith by permission*
*Claire Henry*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W. Suite 700, East
Washington, DC 20001-4795
Telephone: (202) 776-5213

Holly E. Engelmann (TX Bar No. 24040865)
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy., Suite 300
Austin, Texas 78746
Telephone: (512) 277-2300

*Counsel for Defendants*
*T-Mobile USA Inc., T-Mobile US Inc., and Sprint Corp.*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that Counsel for Defendants and Counsel for Plaintiff have complied with the meet and confer requirement in Local Rule CV -7(h) regarding this Motion.  The Parties are in agreement and are seeking joint relief.

*/s/ Claire Henry*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 17, 2024.

*/s/ Claire Henry*