IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD., | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00443-JRG |
| AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY LLC, AT&T CORP., | § § § § | (Lead Case) |
| *Defendants.* | § § | |
| v. | § § § § | CIVIL ACTION NO. 2:23-CV-00444-JRG |
| T-MOBILE USA, INC., T-MOBILE US, INC., SPRINT CORP., | § § § § | (Member Case) |
| *Defendants.* | § § § § | |
| v. | § § § § | CIVIL ACTION NO. 2:23-CV-00445-JRG |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, | § § § § § | (Member Case) |
| *Defendants.* | § § § | |

**ORDER**

Before the Court is the parties' Joint Motion for Entry of Second Amended Docket Control Order (the "Motion"). (Dkt. No. 97.) In the Motion, the parties move to amend the Docket Control Order in this case to extend the Deadlines for Defendants to comply with certain claim construction-related deadlines, including to comply with Local Patent Rules 4-1, 4-2, 4-3, 4-4, and

4-5(a) and (b). (*Id.*) However, the parties attached to the Motion a non-final draft of a Proposed Docket Control Order (a pdf with redline edits still included). (*Id.*) The Motion is therefore **DENIED WITHOUT PREJUDICE**. It is **ORDERED** that the parties may refile their Motion, with an attached Protective Order that the Court may enter, within three (3) business days.

**So ORDERED and SIGNED this 19th day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE