# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC., et al<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:23-cv-00443-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| VALTRUS INNOVATIONS LTD,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., et al<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:23-cv-00444-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| VALTRUS INNOVATIONS LTD,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:23-cv-00445-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Valtrus Innovations, Ltd. ("Plaintiff") and Defendants T-Mobile USA, Inc., T-Mobile US, Inc., Sprint Corp, ("T-Mobile") and Verizon Communications Inc., and Cellco Partnership, d/b/a Verizon Wireless ("Verizon") have resolved Plaintiff's claims for relief against T-Mobile and Verizon and T-Mobile and Verizon's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and T-Mobile and Verizon, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against T-Mobile and Verizon with

prejudice and T-Mobile's and Verizon's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Date: August 20, 2024

By: /s/ *Navid C. Bayar w/permission Andrea L. Fair*
Matthew G. Berkowitz – LEAD ATTORNEY
Patrick Colsher
Navid C. Bayar
Aaron Morris
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
nbayar@reichmanjorgensen.com
amorris@reichmanjorgensen.com

Khue V. Hoang
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY, 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063

WARD, SMITH & HILL, PLLC 1
507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff
Valtrus Innovations Limited*

Respectfully submitted,

By: */s/ Holly E. Engelmann w/ permission Andrea L. Fair*
Deron. R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W. Suite 700, East
Washington, DC 20001-4795
Telephone: (202) 776-5213

Holly E. Engelmann (TX Bar No. 24040865)
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746-7567
Telephone: (214) 257-7226

Matthew S. Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6900

*Counsel for Defendants
Verizon Communications Inc. and Cellco Partnership, d/b/a Verizon Wireless Attorneys*

3

By: */s/ Matthew S. Yungwirth w/ permission*
*Andrea L. Fair*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W. Suite 700, East
Washington, DC 20001-4795
Telephone: (202) 776-5213

Holly E. Engelmann (TX Bar No. 24040865)
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746-7567
Telephone: (214) 257-7226

Matthew S. Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6900

*Counsel for Defendants*
*T-Mobile USA Inc., T-Mobile US Inc., and Sprint Corp.*

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Defendants and Counsel for Plaintiff have complied with the meet and confer requirement in Local Rule CV -7(h) regarding this Motion.  The Parties are in agreement and are seeking joint relief.

/s/ Andrea L. Fair
Andrea L. Fair

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 20th day of August, 2024.

/s/ Andrea L. Fair
Andrea L. Fair