# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00443-JRG |
| | § | (Lead Case) |
| AT&T INC., AT&T SERVICES, INC., | § | |
| AT&T MOBILITY LLC, AT&T CORP., | § | |
| | § | |
| *Defendants.* | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00444-JRG |
| | § | (Member Case) |
| T-MOBILE USA, INC., T-MOBILE US, | § | |
| INC., SPRINT CORP., | § | |
| | § | |
| *Defendants.* | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00445-JRG |
| | § | (Member Case) |
| VERIZON COMMUNICATIONS INC., | § | |
| CELLCO PARTNERSHIP, D/B/A VERIZON | § | |
| WIRELESS, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff Valtrus Innovations, Ltd. ("Plaintiff") and Defendants T-Mobile USA, Inc., T-Mobile US, Inc., Sprint Corp, ("T-Mobile") and Verizon Communications Inc., and Cellco Partnership, d/b/a Verizon Wireless ("Verizon") (collectively, "Defendants"). (Dkt. No. 106.) In the Motion, the parties represent that the parties have resolved all Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case. (*Id.*) Accordingly, the parties move to dismiss Plaintiff's claims for relief against T-Mobile and Verizon with prejudice

and T-Mobile's and Verizon's claims, defenses or counterclaims for relief against Plaintiff without prejudice. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all the Plaintiff's claims against the Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE** and all the Defendants' counterclaims against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. The parties are to bear their own costs and attorneys' fees. All pending requests for relief in the above-captioned cases not expressly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned cases.

**So ORDERED and SIGNED this 22nd day of August, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE